```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
GUADALUPE ACOSTA-LOPEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                     )<br>          Plaintiff,                 )<br>                                     )<br>     v.                              )<br>                                     )<br> GUADALUPE ACOSTA-LOPEZ,              )<br>                                     )<br>          Defendant.                 )<br> _____ ) | CR. S-07-0530 FCD<br><br>**STIPULATION AND ORDER**<br><br>DATE: June 23, 2008<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Frank C. Damrell, Jr. |

　　It is hereby stipulated and agreed to between the United States of America through DANIEL MCCONKIE JR., Assistant U.S. Attorney, and defendant, GUADALUPE ACOSTA-LOPEZ by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Monday, June 23, 2008 be continued to Monday, July 21, 2008 at 10:00 a.m.

　　The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

　　Speedy trial time is to be excluded from the date of this order through the date of the status conference set for July 21, 2008

pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: June 18, 2008          Respectfully submitted,
                              DANIEL J. BRODERICK
                              Federal Defender

                              /S/ Benjamin Galloway
                              BENJAMIN GALLOWAY
                              Assistant Federal Defender
                              Attorney for Defendant
                              GUADALUPE ACOSTA-LOPEZ


DATED: June 18, 2008          McGREGOR W. SCOTT
                              United States Attorney


                              /s/ Ben Galloway for
                              KYLE REARDON
                              Assistant U.S. Attorney
                              Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including July 21, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: June 18, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2