```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LAUREN D. CUSICK, Bar #FL 0014255
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    GUADALUPE ACOSTA-LOPEZ
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      )  No. CR-S-07-0530-FCD
                                   )
13              Plaintiff,         )  STIPULATION AND ORDER CONTINUING
                                   )  STATUS CONFERENCE
14       v.                        )
                                   )
15  GUADALUPE ACOSTA-LOPEZ,        )  Date: September 22, 2008
                                   )  Time: 10:00 a.m.
16              Defendant.         )  Judge: Frank C. Damrell, Jr.
    _____)
17
```

18      It is hereby stipulated between the parties, Daniel S. McConkie,

19 Assistant United States Attorney, attorney for plaintiff, and Lauren D.

20 Cusick, Assistant Federal Defender, attorney for defendant, GUADALUPE

21 ACOSTA-LOPEZ, that the status conference hearing date of August 11,

22 2008 be vacated and continued to September 22, 2008 at 10:00 a.m.

23      This continuance is requested as negotiations are continuing

24 between the parties and additional time is needed for defense

25 investigation.

26      It is further stipulated that the period from August 11, 2008

27 through and including September 22, 2008 should be excluded pursuant to

28 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

1  counsel and defense preparation.

2  Dated:   August 7, 2008                 Respectfully submitted,

3                                          DANIEL J. BRODERICK
                                           Federal Defender
4

5                                          /s/ Lauren D. Cusick
                                           LAUREN D. CUSICK
6                                          Assistant Federal Defender
                                           Attorney for Defendant
7                                          GUADALUPE ACOSTA-LOPEZ

8  Dated:   August 7, 2008                 MCGREGOR W. SCOTT
9                                          United States Attorney

10
                                           /s/ Lauren D. Cusick
11                                         DANIEL S. McCONKIE
                                           Assistant U.S. Attorney
12                                         per telephonic authorization

13
                              **O R D E R**
14
   IT IS SO ORDERED.
15
   Dated: August 7, 2008
16

17  _____
                                           FRANK C. DAMRELL, JR.
18                                         UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28