1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LAUREN D. CUSICK, Bar #FL 0014255
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorney for Defendant
   GUADALUPE ACOSTA-LOPEZ

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,       ) No. CR-S-07-530-FCD
                                   )
13              Plaintiff,         ) STIPULATION AND ORDER CONTINUING
                                   ) STATUS CONFERENCE
14      v.                         )
                                   )
15 GUADALUPE ACOSTA-LOPEZ,         ) Date: November 3, 2008
                                   ) Time: 10:00 a.m.
16              Defendant.         ) Judge: Frank C. Damrell
   _____)

18      It is hereby stipulated between the parties, Daniel S. McConkie,
19 Assistant United States Attorney, attorney for plaintiff, and Lauren D.
20 Cusick, Assistant Federal Defender, attorney for defendant, GUADALUPE
21 ACOSTA-LOPEZ, that the status conference hearing date of
22 October 14, 2008 be vacated and continued to November 3, 2008 at 10:00
23 a.m.
24      This continuance is requested as negotiations are continuing
25 between the parties and additional time is needed for defense
26 investigation and plea negotiations.
27      It is further stipulated that the period from October 14, 2008
28 through and including November 3, 2008 should be excluded pursuant to

18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: October 10, 2008                Respectfully submitted,

                                                DANIEL J. BRODERICK
                                                Federal Defender

                                                /s/ Lauren D. Cusick
                                                LAUREN D. CUSICK
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                GUADALUPE ACOSTA-LOPEZ

Dated: October 10, 2008                MCGREGOR W. SCOTT
                                                United States Attorney

                                                /s/ Lauren D. Cusick
                                                DANIEL S. McCONKIE
                                                Assistant U.S. Attorney
                                                per telephonic authorization

**O R D E R**

IT IS SO ORDERED.

Dated: October 10, 2008

                                                FRANK C. DAMRELL, JR.
                                                UNITED STATES DISTRICT JUDGE