```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LAUREN D. CUSICK, Bar #CA 257570
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    GUADALUPE ACOSTA-LOPEZ
 7
 8
 9              IN THE UNITED STATES DISTRICT COURT
10              FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,     )  No. CR-S-07-530-FCD
                                  )
13              Plaintiff,        )  STIPULATION AND ORDER CONTINUING
                                  )  STATUS CONFERENCE
14       v.                       )
                                  )
15  GUADALUPE ACOSTA-LOPEZ,       )  Date: December 8, 2008
                                  )  Time: 10:00 a.m.
16              Defendant.        )  Judge: Frank C. Damrell, Jr.
    _____)
17
```

18      It is hereby stipulated between the parties, Daniel S. McConkie,

19 Assistant United States Attorney, attorney for plaintiff, and Lauren D.

20 Cusick, Assistant Federal Defender, attorney for defendant, GUADALUPE

21 ACOSTA-LOPEZ, that the status conference hearing date of November 24,

22 2008 be vacated and continued to December 8, 2008 at 10:00 a.m.

23      This continuance is requested as negotiations are continuing

24 between the parties and additional time is needed for defense

25 investigation and plea negotiations.

26      It is further stipulated that the period from the date of this

27 stipulation through and including December 8, 2008 should be excluded

28 pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon

1  continuity of counsel and defense preparation.

2  Dated:   November 18, 2008           Respectfully submitted,

3                                       DANIEL J. BRODERICK
                                        Federal Defender
4

5                                       /s/ Lauren D. Cusick
                                        LAUREN D. CUSICK
6                                       Assistant Federal Defender
                                        Attorney for Defendant
7                                       GUADALUPE ACOSTA-LOPEZ

8  Dated:   November 18, 2008           MCGREGOR W. SCOTT
9                                       United States Attorney

10
                                        /s/ Lauren D. Cusick
11                                      DANIEL S. McCONKIE
                                        Assistant U.S. Attorney
12                                      per telephonic authorization

13
                          **O R D E R**
14
IT IS SO ORDERED.
15
Dated: November 18, 2008
16

17                                      _____
                                        FRANK C. DAMRELL, JR.
18                                      UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

Stip and Order                          2