1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 LAUREN D. CUSICK, Bar #CA 257570
Assistant Federal Defender
3 Designated Counsel for Service
801 I Street, 3rd Floor
4 Sacramento, California 95814
Telephone: (916) 498-5700
5

6 Attorney for Defendant
GUADALUPE ACOSTA-LOPEZ
7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,      ) No. CR-S-07-530-FCD
                                  )
13              Plaintiff,        ) STIPULATION AND ORDER CONTINUING
                                  ) STATUS CONFERENCE
14      v.                        )
                                  )
15 GUADALUPE ACOSTA-LOPEZ,        ) Date:  January 12, 2009
                                  ) Time:  10:00 a.m.
16              Defendant.        ) Judge: Frank C. Damrell, Jr.
   _____ )

17

18      It is hereby stipulated between the parties, Daniel S. McConkie,

19 Assistant United States Attorney, attorney for plaintiff, and Lauren D.

20 Cusick, Assistant Federal Defender, attorney for defendant, GUADALUPE

21 ACOSTA-LOPEZ, that the status conference hearing date of

22 December 8, 2008 be vacated and continued to January 12, 2009 at 10:00

23 a.m.

24      This continuance is requested as negotiations are continuing

25 between the parties and additional time is needed for defense

26 investigation and plea negotiations.

27      It is further stipulated that the period from the date of this

28 stipulation through and including January 12, 2009 should be excluded

1  pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon

2  continuity of counsel and defense preparation.

3  Dated:  December 4, 2008              Respectfully submitted,

4                                        DANIEL J. BRODERICK
                                         Federal Defender

5

6                                        /s/ Lauren D. Cusick
                                         LAUREN D. CUSICK

7                                        Assistant Federal Defender
                                         Attorney for Defendant

8                                        GUADALUPE ACOSTA-LOPEZ

9

   Dated:  December 4, 2008             MCGREGOR W. SCOTT
10                                       United States Attorney

11

                                         /s/ Lauren D. Cusick
12                                       DANIEL S. McCONKIE
                                         Assistant U.S. Attorney

13                                       per telephonic authorization

14
                                    **O R D E R**
15

   IT IS SO ORDERED.
16

   Dated: December 4, 2008
17

18  _____
    FRANK C. DAMRELL, JR.
19  UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

Stip and Order                          2