DANIEL J. BRODERICK, Bar #89424
Federal Defender
LAUREN D. CUSICK, Bar #CA 257570
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GUADALUPE ACOSTA-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-07-530-FCD |
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| | ) STATUS CONFERENCE |
| v. | ) |
| GUADALUPE ACOSTA-LOPEZ, | ) Date: February 17, 2009 |
| | ) Time: 10:00 a.m. |
| Defendant. | ) Judge: Frank C. Damrell, Jr. |

It is hereby stipulated between the parties, Daniel S. McConkie, Assistant United States Attorney, attorney for plaintiff, and Lauren D. Cusick, Assistant Federal Defender, attorney for defendant, GUADALUPE ACOSTA-LOPEZ, that the status conference hearing date of January 12, 2009 be vacated and continued to February 17, 2009 at 10:00 a.m.

This continuance is requested as negotiations are continuing between the parties and additional time is needed for defense investigation and plea negotiations.

It is further stipulated that the period from the date of this stipulation through and including February 17, 2009 should be excluded

1  pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon
2  continuity of counsel and defense preparation.
3  Dated:  January 8, 2009              Respectfully submitted,
4                                       DANIEL J. BRODERICK
                                        Federal Defender
5
6                                       /s/ Lauren D. Cusick
                                        LAUREN D. CUSICK
7                                       Assistant Federal Defender
                                        Attorney for Defendant
8                                       GUADALUPE ACOSTA-LOPEZ
9
   Dated:  January 8, 2009              LAWRENCE G. BROWN
10                                      Acting United States Attorney
11
                                        /s/ Lauren D. Cusick
12                                      DANIEL S. McCONKIE
                                        Assistant U.S. Attorney
13                                      per telephonic authorization
14
15 **IT IS SO ORDERED.**
16 Dated: January 8, 2009
17
18                                      FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE
19
20
21
22
23
24
25
26
27
28

Stip and Order                          2