1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LAUREN D. CUSICK, Bar #CA 257570
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5

6  Attorney for Defendant
   GUADALUPE ACOSTA-LOPEZ
7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,       ) No. CR-S-07-530-FCD
                                    )
13           Plaintiff,             ) STIPULATION AND ORDER CONTINUING
                                    ) STATUS CONFERENCE
14      v.                          )
                                    )
15  GUADALUPE ACOSTA-LOPEZ,         ) Date:  May 4, 2009
                                    ) Time:  10:00 a.m.
16           Defendant.             ) Judge: Frank C. Damrell
    _____ )

17

18       It is hereby stipulated between the parties, Daniel S. McConkie,

19  Assistant United States Attorney, attorney for plaintiff, and Lauren D.

20  Cusick, Assistant Federal Defender, attorney for defendant, GUADALUPE

21  ACOSTA-LOPEZ, that the status conference hearing date of

22  March 30, 2009 be vacated and continued to May 4, 2009 at 10:00 a.m.

23       This continuance is requested as negotiations are continuing

24  between the parties and additional time is needed for defense

25  investigation and plea negotiations.

26       It is further stipulated that the period from the date of this

27  stipulation through and including May 4, 2009 should be excluded

28  pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon

1 | continuity of counsel and defense preparation.
2 | Dated:  March 26, 2009                    Respectfully submitted,
3 |                                           DANIEL J. BRODERICK
  |                                           Federal Defender
4 |
5 |                                           /s/ Lauren D. Cusick
  |                                           LAUREN D. CUSICK
6 |                                           Assistant Federal Defender
  |                                           Attorney for Defendant
7 |                                           GUADALUPE ACOSTA-LOPEZ
8 |
  | Dated:  March 26, 2009                    LAWRENCE G. BROWN
9 |                                           Acting United States Attorney
10 |
   |                                          /s/ Lauren D. Cusick
11 |                                          DANIEL S. McCONKIE
   |                                          Assistant U.S. Attorney
12 |                                          per telephonic authorization
13 |
                              **O R D E R**
14 |
   | IT IS SO ORDERED.
15 |
   | Dated:   March 27, 2009
16 |
17 |
18 |
19 |                                          _____
   |                                          FRANK C. DAMRELL, JR.
   |                                          UNITED STATES DISTRICT JUDGE
20 |

Stip and Order                               2