```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LAUREN D. CUSICK, Bar #CA 257570
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    GUADALUPE ACOSTA-LOPEZ
 7
 8
 9              IN THE UNITED STATES DISTRICT COURT
10              FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,   ) No. CR-S-07-530-FCD
                                )
13              Plaintiff,      ) STIPULATION AND ORDER CONTINUING
                                ) STATUS CONFERENCE
14       v.                     )
                                )
15  GUADALUPE ACOSTA-LOPEZ,     ) Date:  June 1, 2009
                                ) Time:  10:00 a.m.
16              Defendant.      ) Judge: Frank C. Damrell, Jr.
    _____)
17
18       It is hereby stipulated between the parties, MICHAEL ANDERSON,
19  Assistant United States Attorney, attorney for plaintiff, and LAUREN D.
20  CUSICK, Assistant Federal Defender, attorney for defendant, GUADALUPE
21  ACOSTA-LOPEZ, that the status conference hearing date of
22  May 4, 2009 be vacated and continued to June 1, 2009 at 10:00 a.m.
23       This continuance is requested as negotiations are continuing
24  between the parties and additional time is needed for defense
25  investigation and plea negotiations.
26       It is further stipulated that the period from the date of this
27  stipulation through and including June 1, 2009 should be excluded
28  pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon
```

continuity of counsel and defense preparation.

Dated: April 30, 2009                    Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender


                                         /s/ Lauren D. Cusick
                                         LAUREN D. CUSICK
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         GUADALUPE ACOSTA-LOPEZ


Dated: April 30, 2009                    LAWRENCE G. BROWN
                                         Acting United States Attorney


                                         /s/ Lauren D. Cusick
                                         MICHAEL ANDERSON
                                         Assistant U.S. Attorney
                                         per telephonic authorization


**O R D E R**

**IT IS SO ORDERED.**

Dated: April 30, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE