```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorneys for Defendant
    GUADALUPE ACOSTA-LOPEZ
 7
```

<br>

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, ) | No. 2:07-CR-530-FCD |
| 11 | Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING TO JUNE 22, 2009, |
| 12 | v. ) | AT 10:00 A.M. |
| 13 | GUADALUPE ACOSTA-LOPEZ, ) | Date: June 1, 2009 Time: 10:00 a.m. |
| 14 | Defendant. ) | Judge: Hon. Frank C. Damrell, Jr. |
| 15 | _____ ) | |

16     IT IS HEREBY STIPULATED by the parties, through counsel, Michael

17  D. Anderson, Assistant United States Attorney, and Michael Petrik, Jr.,

18  attorney for Mr. Acosta, that the Court should vacate the status

19  conference scheduled for June 1, 2009, at 10:00 a.m., and reset it for

20  June 22, 2009, at 10:00 a.m.

21     Counsel for Mr. Acosta, who has just become attorney of record,

22  requires the continuance in order to review discovery, and to become

23  familiar with the issues this case presents. Counsel for the

24  government agrees with the request for the continuance solely because

25  counsel for Mr. Acosta has just become attorney of record. The parties

26  continue to negotiate specific aspects of a resolution.

27

28                                     1

1 | It is further stipulated between the parties that the Court should
2 | exclude the period from the date of this order through June 22, 2009,
3 | when it computes the time within which the trial of the above criminal
4 | prosecution must commence for purposes of the Speedy Trial Act. The
5 | parties stipulate that the ends of justice served by granting Mr.
6 | Acosta's request for a continuance outweigh the best interest of the
7 | public and Mr. Acosta in a speedy trial, and that this is an
8 | appropriate exclusion of time for defense preparation within the
9 | meaning of 18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).

Dated: May 27, 2009          Respectfully submitted,

                             DANIEL BRODERICK
                             Federal Defender

                             /s/ M.Petrik
                             _____
                             MICHAEL PETRIK, Jr.
                             Assistant Federal Defender
                             Attorneys for Defendant

Dated: May 27, 2009          LAWRENCE G. BROWN
                             Acting United States Attorney

                             /s/ M.Petrik for Michael D. Anderson
                                (by consent via telephone)
                             _____
                             MICHAEL D. ANDERSON
                             Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court further orders time excluded from the date of this order through the status conference on June 22, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).

Dated: May 27, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE